1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LORENZO MATEO CORTEZ,                    No.  2:20-cv-0392 KJN P

12                  Plaintiff,

13          v.                                ORDER

14   SOLANO COUNTY SHERIFF'S
     OFFICE,
15
                    Defendant.
16

17

18          Plaintiff, a pretrial detainee proceeding pro se, filed a civil rights action pursuant to 42

19   U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to

20   28 U.S.C. § 1915.  However, the certificate portion of the in forma pauperis application has not

21   been filled out and signed by an authorized jail official.  See 28 U.S.C. § 1915(a)(2).  Plaintiff

22   appended a copy of his inmate trust account, but the document is not certified by jail officials.

23   Plaintiff is provided another opportunity to submit a fully completed application to proceed in

24   forma pauperis.

25          In accordance with the above, IT IS HEREBY ORDERED that:

26          1.  The Clerk of the Court shall provide plaintiff with another copy of the in forma

27   pauperis application used by this court; and

28   ////

                                                  1

2. Plaintiff shall submit, within thirty days from the date of this order, a fully completed in forma pauperis application. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: February 28, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cort0392.3c