UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO MATEO CORTEZ,<br><br>Plaintiff,<br><br>v.<br><br>SOLANO COUNTY SHERIFF'S OFFICE,<br><br>Defendants. | No.  2:20-cv-0392 KJN P<br><br>ORDER AND FINDINGS & RECOMMENDATIONS |

By order filed March 30, 2020, plaintiff's complaint was dismissed and sixty days leave to file an amended complaint was granted.  Sixty days from that date have now passed, and plaintiff has not filed an amended complaint, or otherwise responded to the court's order.

In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case; and

Further, IT IS RECOMMENDED that this action be dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties.  Such a document should be captioned

1

"Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: June 23, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cort0392.fta

2