1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LORENZO MATEO CORTEZ,                    No.  2:20-cv-00392-TLN-KJN

12                  Plaintiff,

13        v.                                  **ORDER**

14   SOLANO COUNTY SHERIFF'S
     OFFICE,
15
                     Defendant.
16

17

18        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

19   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

20   28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21        On June 23, 2020, the magistrate judge filed findings and recommendations herein which

22   were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings

23   and recommendations were to be filed within fourteen days.  (ECF No. 9.)  Plaintiff has not filed

24   objections to the findings and recommendations.

25        The Court has reviewed the file and finds the findings and recommendations to be

26   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

27   ORDERED that:

28        1.  The findings and recommendations filed June 23, 2020 (ECF No. 9), are ADOPTED

                                              1

1    IN FULL; and

2          2.  This action is DISMISSED without prejudice.  *See* Local Rule 110; Fed. R. Civ. P.

3    41(b).

4          3.  The Clerk of the Court is directed to close the case.

5          IT IS SO ORDERED.

6    DATED:  August 10, 2020

7

8

9                                      Troy L. Nunley

10                               United States District Judge